AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. | DATE FILED | U.S. District Court, Northern District of Indiana<br>Hammond Division<br>5400 Federal Plaza, Hammond, IN 46320 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Malibu Media, LLC | John Doe subscriber assigned IP address 71.194.0.253 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA0001811850 | A Day to Remember | Malibu Media, LLC |
| 2 | PA0001819294 | A Girls Fantasy | Malibu Media, LLC |
| 3 | PA0001771528 | Angel Seaside Romp | Malibu Media, LLC |
| 4 | PA0001769489 | Anneli Dream Girl | Malibu Media, LLC |
| 5 | See attachment | See attachment | See attachment |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**CONTINUATION OF DOCUMENT AO-121**

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 5. PA0001806468 | Black Lingerie Bliss | Malibu Media, LLC |
| 6. PA0001779796 | Blonde Ambition | Malibu Media, LLC |
| 7. PA0001806473 | Classic Beauty | Malibu Media, LLC |
| 8. PA0001799576 | Come To My Window | Malibu Media, LLC |
| 9. PA0001801715 | Coucher Avec une Autre Fille | Malibu Media, LLC |
| 10. PA0001817714 | Cum With Me | Malibu Media, LLC |
| 11. PA0001776838 | Daddys Office | Malibu Media, LLC |
| 12. PA0001810505 | Dangerous Game | Malibu Media, LLC |
| 13. PA0001785204 | Evening at Home Part #2 | Malibu Media, LLC |
| 14. PA0001800473 | Farewell | Malibu Media, LLC |
| 15. PA0001793970 | Foot Fetish | Malibu Media, LLC |
| 16. PA0001814785 | Formidable Beauty | Malibu Media, LLC |
| 17. PA0001800022 | Grace Angelic | Malibu Media, LLC |
| 18. PA0001794461 | Happy Couple | Malibu Media, LLC |
| 19. PA0001780766 | Heavenly Brunettes | Malibu Media, LLC |
| 20. PA0001806475 | House of the Rising Sun | Malibu Media, LLC |
| 21. PA0001817756 | Inside Perfection | Malibu Media, LLC |
| 22. PA0001790458 | LA Love | Malibu Media, LLC |
| 23. PA0001775906 | Leila Last Night | Malibu Media, LLC |
| 24. PA0001778844 | Like The First Time | Malibu Media, LLC |
| 25. PA0001817755 | Lipstick Lesbians | Malibu Media, LLC |
| 26. PA0001787330 | Lovely Lovers | Malibu Media, LLC |
| 27. PA0001781702 | Lunchtime Fantasy | Malibu Media, LLC |
| 28. PA0001817763 | Miss Me Not | Malibu Media, LLC |
| 29. PA0001809284 | Miss Perfect | Malibu Media, LLC |
| 30. PA0001806469 | Morning Memories | Malibu Media, LLC |
| 31. PA0001800355 | Morning Tryst | Malibu Media, LLC |
| 32. PA0001819290 | Naughty and Nice | Malibu Media, LLC |
| 33. PA0001794973 | One Night Stand | Malibu Media, LLC |
| 34. PA0001783362 | Paradise Found | Malibu Media, LLC |
| 35. PA0001783454 | Perfect Girls | Malibu Media, LLC |
| 36. PA0001805262 | Perfect Together | Malibu Media, LLC |
| 37. PA0001800484 | Pure Grace | Malibu Media, LLC |
| 38. PA0001810503 | Red Hot | Malibu Media, LLC |
| 39. PA0001808629 | Russian Invasion | Malibu Media, LLC |
| 40. PA0001819295 | Sent from Heaven | Malibu Media, LLC |
| 41. PA0001805261 | Side by Side | Malibu Media, LLC |
| 44. PA0001787875 | Slow Motion | Malibu Media, LLC |
| 43. PA0001791522 | Sneak N Peek | Malibu Media, LLC |
| 44. PA0001813361 | Soul Mates | Malibu Media, LLC |
| 45. PA0001803663 | Starting Over | Malibu Media, LLC |

2

| 46. PA0001813360 | Still With Me | Malibu Media, LLC |
| --- | --- | --- |
| 47. PA0001815345 | Tarde Espanola | Malibu Media, LLC |
| 48. PA0001802603 | This Side of Paradise | Malibu Media, LLC |
| 49. PA0001762019 | Tiffany Teenagers in Love | Malibu Media, LLC |
| 50. PA0001780771 | Time to Go | Malibu Media, LLC |
| 51. PA0001819288 | Together Again | Malibu Media, LLC |
| 52. PA0001806474 | Underwater Lover | Malibu Media, LLC |
| 53. PA0001817759 | Unforgettable View #1 | Malibu Media, LLC |
| 54. PA0001817765 | Unforgettable View #2 | Malibu Media, LLC |
| 55. PA0001774761 | Veronika Coming Home | Malibu Media, LLC |
| 56. PA0001800357 | Wet Dream | Malibu Media, LLC |
| 57. PA0001809287 | Wild Things | Malibu Media, LLC |
| 58. PA0001794969 | Young and Hot | Malibu Media, LLC |
| 59. PA0001811852 | Young Passion | Malibu Media, LLC |